Form 3hrgap
(Rev. 6/19)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

|  |  |
|---|---|
| *In re*: | |
| S&G Hospitality, Inc. | Case No. 23-52859<br>Chapter 11<br>Judge Nami Khorrami |
| *Debtor* | |

|  |  |
|---|---|
| Lancaster Hospitality, LLC | |
| *Plaintiff* | |
| v. | Adv. Pro No. 24-02024 |
| Hilton Franchise LLC | |
| *Defendant* | |

## NOTICE OF HEARING

Notice is given that a hearing will be held at:

**ADDRESS:** Courtroom C, U.S. Bankruptcy Court, 170 North High Street, Fifth Floor, Columbus, OH 43215

**DATE:** 4/26/24

**TIME:** 10:00 AM

**TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court:

[2] Motion to Seal filed by Plaintiff Lancaster Hospitality, LLC. A portion of this proceeding may be sealed.

All parties shall be prepared to present all witnesses and other evidence at the hearing. Any party intending to present documentary evidence or call witnesses shall, not later than three (3) business days prior to the hearing, file with the court and exchange with opposing party witness and exhibit lists completed as prescribed by Local Bankruptcy Rule Form 7016−1, Attachments A and B.

**No unauthorized weapons are permitted on the court's premises. Cellular phones and portable electronic devices are permitted provided that they are not used to take photographs or record any court proceedings unless otherwise authorized by the court.**

Dated: March 27, 2024

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court