**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Mina Nami Khorrami
United States Bankruptcy Judge

**Dated: April 19, 2024**

___

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| In re: | No. 2:23-BK-52859 |
| S&G Hospitality, Inc., *et al.*,[1] <br> Debtors. | Chapter 11 <br><br> Judge Nami Khorrami |
| Lancaster Hospitality, LLC, <br> Plaintiff. <br><br> v. <br><br> Hilton Franchise LLC, <br> Defendant. | Adv. Pro. 24-ap-02024 |

**AGREED ORDER EXTENDING TIME FOR DEFENDANT HILTON FRANCHISE LLC TO RESPOND TO COMPLAINT (RE: Docket No. 10)**

Upon the *Stipulation Requesting Entry of an Agreed Order Extending Time for Defendant Hilton Franchise LLC to Respond to Complaint* (Docket No. 10) (the "**Stipulation**") between Plaintiff Lancaster Hospitality, LLC and Defendant Hilton Franchise LLC for entry of an Agreed

---

[1] The S&G Debtors and the last four digits of their federal tax identification numbers are as follows: S&G Hospitality, Inc. (4566), Buckeye Lodging, LLC (6047), Lancaster Hospitality, LLC (8830), and Sunburst Hotels, LLC (0374).

{906168-2}

Order extending the time for Defendant to answer the Complaint in this adversary proceeding; and this Court having found that notice of the Stipulation was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Stipulation and sufficient cause appearing therefor, it is

**ORDERED, ADJUDICATED, AND DECREED that** the deadline for Defendant to answer or otherwise respond to the Complaint is extended through and including May 9, 2024.

**SO ORDERED.**

Stipulated and agreed by:

| | |
|---|---|
| */s/ David A. Beck* <br> David A. Beck (0072868) <br> Carpenter Lipps LLP <br> 280 N. High St., Suite 1300 <br> Columbus, OH 43215 <br> Telephone: (614) 365-4100 <br> Facsimile: (614) 365-9145 <br> E-mail: beck@carpenterlipps.com <br><br> *Counsel for Plaintiff Lancaster Hospitality, LLC* | */s/ Caitlin C. Conklin* (by DB with email auth.) <br> Daniel M. Eliades, Esq. (admitted pro hac vice) <br> Caitlin C. Conklin, Esq. (admitted pro hac vice) <br> K&L Gates LLP <br> One Newark Center, 10th Floor <br> 1085 Raymond Blvd. <br> Newark, New Jersey 07102 <br> Telephone: (973) 848-4000 <br> Facsimile: (973) 848-4001 <br> E-mail: Daniel.eliades@klgates.com <br> Email: Caitlin.Conklin@klgates.com <br><br> *Counsel for Defendant Hilton Franchise LLC* |

Copies to:

David A. Beck
Carpenter Lipps LLP
280 N. High St., Suite 1300
Columbus, OH 43215

Daniel M. Eliades, Esq.
Caitlin C. Conklin, Esq.
K&L Gates LLP
One Newark Center, 10th Floor
1085 Raymond Blvd.
Newark, New Jersey 07102

###