This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.



Mina Nami Khorrami
United States Bankruptcy Judge

Dated: May 31, 2024

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re:

S&G HOSPITALITY, INC.

    *Debtor(s).*

Case No. 23-52859

Chapter 11

Judge Mina Nami Khorrami

LANCASTER HOSPITALITY, LLC

    *Plaintiff(s).*

V.

HILTON FRANCHISE LLC

    *Defendant(s).*

Adv. Pro. No. 24-02024

**ORDER REGARDING MOTION/APPLICATION (DOC. NO. 16)
DUE TO NONCOMPLIANCE WITH CODE AND/OR RULES**

The above-referenced Motion or Application (hereinafter, the "Motion" regardless of title) does not comply with the United States Bankruptcy Code and/or the Federal/Local Rules of Bankruptcy Procedure as noted below:

☒ The Motion is not accompanied by the mandatory notice of the right to object or respond, and the time within which to do so. (LBR 9013-1(a) provides that a motion or application shall be accompanied by a mandatory notice that complies with Official Form 420A or the Sample 21 Day Notice found in LBR 9013-1(a).)

It is **ORDERED** that Movant shall file within **fourteen (14) days from the entry of this Order** an amended motion consistent with this Order. If an amended motion is not filed within **fourteen (14) days from the entry of this Order**, the Court may deny the Motion without further notice or hearing.

**SO ORDERED.**

Copies To:

David Alan Beck

Caitlin Conklin